UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANGALEE MORRISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO.: 3:12-cv-00117- RLY-WGH |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendant. | ) |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised, hereby **ORDERS** that the above-captioned cause of action be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

SO ORDRED this 28th day of August 2013.

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies To:

Andrew Dutkanych, III - adutkanych@bdlegal.com
Benjamin R. Aylsworth - baylsworth@bdlegal.com
Susan M. Zoeller - susan.zoeller@btlaw.com
Peter T. Tschanz - peter.tschanz@btlaw.com